IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**LUCKNER PIERRE,**

    Plaintiff,

vs.                                              Case No. 4:11cv240-SPM/WCS

**ERIC H. HOLDER, et al.,**

    Defendants.

    _____/

## REPORT AND RECOMMENDATION

    This case was transferred to this Court on May 27, 2011. Docs. 10, 11. Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on May 2, 2011, initially in the Southern District of Florida. Doc. 1. Because Petitioner has been detained at the Wakulla County Jail, the case was properly transferred to this Court. Petitioner, who is *pro se*, simultaneously paid the filing fee at the time of case initiation.

    Petitioner alleges that he is a native and citizen of French Guiana, and has now been in the custody of I.C.E. for a year, entering detention on June 10, 2010. Doc. 1. Petitioner's order of removal did not became final until December 15, 2010, when Petitioner waived his appeal. Doc. 1, p. 3. He contends that Respondents will be

unable to remove him in the reasonably foreseeable future and claims his continued detention is unlawful.  *Id.*, at 5-6.

After reading the petition and finding it sufficient for service, it was discovered that on May 19, 2011, Petitioner had initiated a separate § 2241 petition in this Court. Case 4:11cv228-MP/WCS.  Service of that petition was directed on June 6, 2011.  Doc. 7 of that case.  Because only one petition is needed to present Petitioner's claims and request for relief, and because the claims are the same in this case as well in the earlier case, 4:11cv228, this case should be dismissed as duplicative and redundant.

In light of the foregoing, it is respectfully **RECOMMENDED** that this § 2241 petition for writ of habeas corpus be **DISMISSED** as a duplicate of case 4:11cv228, which is already proceeding in this Court.

**IN CHAMBERS** at Tallahassee, Florida, on June 13, 2011.


 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**