IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LUCKNER PIERRE,

    Petitioner,

v.                                  CASE NO. 4:11cv240-SPM/WCS

ERIC H. HOLDER, et al.,

    Respondents.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated June 13, 2011 (doc. 13). A copy was provided to Petitioner at his last known address, the Wakulla County Jail, but it was returned as undeliverable. Thus no objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 13) is ADOPTED and incorporated by reference in this order.

    2.    The 2241 petition for writ of habeas corpus is dismissed as a

duplicate of case 4:11cv228, which is already proceeding in this Court.

DONE AND ORDERED this 14th day of July, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge